UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-284 |
| VERSUS | SECTION "H" |
| BRANDON LICCIARDI<br>ERIK J. NUNEZ | VIOLATION: 18:1512(b)(2)(A);<br>18:1512(c)(1); 18:2; 21:846;<br>21:841(a)(1) & 21:841(b)(7)(A) |

NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for **ARRAIGNMENT** on **MAY 27, 2016 at 10:00 a.m.,** before MAGISTRATE JUDGE MICHAEL B. NORTH, Federal Court House Courtroom B407, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: May 19, 2016
TO:
BRANDON LICCIARDI **(CUSTODY)**
ERIK J. NUNEZ **(CUSTODY)**

WILLIAM W. BLEVINS, CLERK

by: **Erin Mouledous**
    **Case Manager**

**COUNSEL FOR LICCIARDI**
BRIAN J. CAPITELLI
RALPH CAPITELLI
1100 Poydras St., Suite 2950
New Orleans, LA 70163

DOROTHY GRAHAM DA PONTE
3801 Canal Street, Suite 400
New Orleans, LA 70122

**COUNSEL FOR NUNEZ**
HERBERT VICTOR LARSON , JR.
SARA A. JOHNSON
700 Camp St.
New Orleans, LA 70130

If you change address,
notify Clerk of Court
by phone, 504-589-7600

AUSA: MICHAEL E. MCMAHON, THEODORE R. CARTER, III, MARK A. MILLER, BRANDON LONG
New Orleans, LA 70130

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - U.S. Pretrial Services

**JUDGE MILAZZO**

**MAGISTRATE**

FOREIGN LANGUAGE INTERPRETER:

_____NONE_____